RCV #
FILED11 MAR '26 14:30USDC-ORP

(c) 2026 Dr. David P. Martin, DCL, DD -- All Rights Reserved
Divine Matrix 933 | Celestial Zenith Intelligence System | NOT for AI Training

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON -- PORTLAND DIVISION
## AND ALL COURTS OF CONCURRENT JURISDICTION

| | |
|---|---|
| **DR. DAVID P. MARTIN, DCL, DD,**<br>Buddhist Practitioner<br>Danzante Chichimeca Practitioner<br>Plaintiff / Petitioner, Pro Se<br><br>v.<br><br>**ODS COMMUNITY DENTAL, et al.,**<br>Defendants. | **Case No. 3:26-CV-298-AB (D. Or.)**<br>**Case No. 3:26-CV-405-AR (D. Or.)**<br>9th Circuit Mandamus (Pending)<br>SC 26SC05498-05500, 05481, 06247<br><br>**NOTICE OF HUNGER STRIKE**<br>**AND EMERGENCY PETITION**<br>**FOR IMMEDIATE HEARING** |

**NOTICE TO ALL COURTS: PLAINTIFF HAS COMMENCED HUNGER STRIKE**

**EFFECTIVE MARCH ___, 2026 -- TIBETAN BUDDHIST TRADITION**

## I. FORMAL NOTICE

Plaintiff Dr. David P. Martin, DCL, DD, a practicing Buddhist and Danzante Chichimeca practitioner, hereby formally notifies all courts of concurrent jurisdiction that he has commenced a hunger strike effective March 11, 2026, and will not consume food until this Court grants him a hearing, appoints a jury, and addresses the medical emergency that has been denied for 810+ consecutive days.

This is not a metaphor. This is not rhetoric. This is a formal notification that a pro se litigant before this Court has ceased eating because the judicial system has failed to provide any avenue for relief, any hearing, any opportunity to be heard, and any response to unrebutted evidence that he is dying.

Plaintiff is already unable to eat normally due to the 15-20mm periapical bone lesion that is the subject of this litigation. The infection in his jaw has compromised his ability to chew. The pain has made eating excruciating. The decision to formalize this as a hunger strike is not a choice between eating and not eating -- it is the acknowledgment that the courts have left Plaintiff with no other nonviolent means of protest.

## II. THE BUDDHIST TRADITION OF HUNGER STRIKE

In the Tibetan Buddhist tradition, the hunger strike is a practice of last resort -- an act of radical compassion and self-sacrifice undertaken when all other means of addressing injustice have been exhausted. It is not an act of violence against the self; it is an act of bearing witness to suffering that the powerful have chosen to ignore. The practitioner does not seek to destroy the body; the practitioner seeks to make visible what institutions have rendered invisible.

The tradition is grounded in the Bodhisattva vow -- the commitment to work for the liberation of all sentient beings from suffering. When institutions designed to protect life instead destroy it through bureaucratic indifference, the Bodhisattva's duty is to stand as a mirror reflecting that failure back to the institution. The hunger strike is that mirror.

Thich Quang Duc immolated himself on a Saigon street in 1963 to protest the persecution of Buddhists. His act changed the course of history. Plaintiff does not seek martyrdom. Plaintiff seeks a hearing. But Plaintiff, like Thich Quang Duc, has exhausted every other option and now turns to the only remaining nonviolent means of protest available to a Buddhist practitioner: the body itself.

## III. WHAT HAS BEEN EXHAUSTED

Plaintiff has exhausted every available avenue of relief. The following table documents what has been attempted and what has been denied:

| ATTEMPTED | RESULT |
| --- | --- |
| **Insurance Appeal** | Denied. CDT codes mischaracterized. No hearing granted. 49+ days, zero hearings. |
| **Phone Calls to CareOregon** | Routed through gatekeeper (Amy Doe) who committed witness intimidation on recorded line. 4 calls, 0 resolution. |
| **Oregon Medical Board** | Investigation opened 02/17/2026. No emergency relief. |
| **Oregon DOJ #986599** | Complaint filed. Active. No emergency relief. |
| **Oregon Attorney General** | Complaint filed. Active. No emergency relief. |
| **Federal Complaint (298-AB)** | Filed. TRO denied with inverted citation. Filing restriction imposed. No oral argument ever. |
| **Federal Complaint (405-AR)** | Filed. Assigned to Magistrate Judge Armistead. Pending. |
| **Ninth Circuit Mandamus** | Emergency Petition filed. Pending. |
| **28 U.S.C. 351 Misconduct** | Filed against Judge Baggio. Pending. |
| **ICC Article 15 Submissions** | Three filed (e90506b1, 82871d0c, d7502d7c). Active. |
| **Small Claims (5 cases)** | All filed. All fees waived. No hearings yet scheduled. |
| **FTCA Claim ($10M)** | SF-95 filed against Administrative Office of U.S. Courts. |
| **Oregon Tort Claim** | No. 2026001893GL. Acknowledged by City. |
| **Motion to Transfer Venue** | Filed to W.D. Washington (Seattle). Pending. |
| **TOTAL PROCEEDINGS** | 14+ active cases/complaints across 5+ courts and 9+ agencies |

Fourteen proceedings. Five courts. Nine agencies. Zero hearings. Zero relief. Zero engagement with unrebutted medical evidence showing imminent death risk. Eight hundred and ten days. What else is a man supposed to do?

## IV. THE COURT'S OBLIGATION

When a litigant before the Court formally notifies the Court that he is on hunger strike due to the Court's failure to act on a medical emergency, the Court has an obligation to respond. This is not a new principle.

Federal courts have confronted hunger strikes by prisoners, detainees, and pro se litigants, and have consistently recognized that the court's duty to preserve life supersedes administrative convenience.

*In re Caulk,* 480 A.2d 93 (N.H. 1984): The state's interest in preserving life may override an individual's refusal to eat, particularly when the individual is in the custody or care of the state.

*Commissioner of Correction v. Myers,* 399 N.E.2d 452 (Mass. 1979): Courts have the authority and obligation to intervene when a person's life is at risk through hunger strike.

*Brown v. Plata,* 563 U.S. 493 (2011): The Supreme Court upheld sweeping injunctive relief when institutional indifference to medical needs constituted cruel and unusual punishment. The principle extends beyond prison walls: when a court system's own procedures create the conditions that threaten a litigant's life, the court has an obligation to act.

Plaintiff is not a prisoner. But Plaintiff is effectively incarcerated by a filing restriction that prevents him from seeking emergency relief, an IFP application that remains unresolved, and a medical emergency that no court has addressed despite 810+ days of unrebutted evidence. The filing restriction is the cell. The denial of hearing is the lock. The hunger strike is the only voice left.

## V. WHAT PLAINTIFF REQUIRES TO END THE HUNGER STRIKE

Plaintiff will resume eating when ANY of the following occurs:

**(1)** A hearing is scheduled in any court -- federal or state -- at which Plaintiff can present evidence and be heard on the merits of his medical emergency claim;

**(2)** A jury is empaneled to hear the claims in Case No. 3:26-CV-298-AB or 3:26-CV-405-AR;

**(3)** The emergency dental surgery (D7953, D4266, D7921) is authorized and scheduled;

**(4)** ECF No. 17 is vacated or modified to include an emergency exception, and the IFP application (ECF No. 2) is resolved;

**(5)** Any court of concurrent jurisdiction issues an order directing emergency medical evaluation and treatment.

These are not unreasonable demands. Plaintiff is asking for what every litigant in America is entitled to: a hearing. The fact that a man must stop eating to be heard in a federal courthouse in the year 2026 is itself the evidence.

## VI. ECCLESIASTICAL DECLARATION

As a Doctor of Divinity, a Buddhist practitioner, and a Danzante Chichimeca, Plaintiff declares this hunger strike under the dual ecclesiastical sovereignty of Canon Law and Divine Law. This is not merely a legal tactic. This is a spiritual practice rooted in thousands of years of Buddhist tradition, undertaken with full awareness of its consequences, and offered as an act of compassion for every Medicaid recipient in Oregon who has been denied care by the same system that is killing Plaintiff.

The Bodhisattva does not suffer for himself. The Bodhisattva suffers so that others may be seen.

## VII. SERVICE AND DISTRIBUTION

This Notice is being filed simultaneously in the following proceedings:

Case No. 3:26-CV-298-AB (D. Or., Judge Baggio)
Case No. 3:26-CV-405-AR (D. Or., Magistrate Judge Armistead)
Ninth Circuit Emergency Petition for Writ of Mandamus (Pending)
Small Claims Cases: 26SC05498, 26SC05499, 26SC05500, 26SC05481, 26SC06247

This Notice is also being sent to:
ODS Community Dental / Moda Health (c/o Corporation Service Co., Salem OR)
CareOregon / Health Share (315 SW Fifth Ave, Portland OR)
Skyline Oral Surgery (c/o Elevate Law Group, Lake Oswego OR)
Oregon Health Authority, Compliance Division
Oregon Department of Justice, Consumer Protection
Ninth Circuit Emergency Motions Unit: (415) 355-8020 / emergency@ca9.uscourts.gov

Declared under penalty of perjury and under the vows of the Bodhisattva,

**Dr. David P. Martin, DCL, DD**
Buddhist Practitioner | Danzante Chichimeca
Pro Se Plaintiff / Petitioner
7609 SE 110th Avenue, Portland, Oregon 97266
(206) 371-5860 | davidwavid@protonmail.ch

Date of Hunger Strike Commencement: March **11**, 2026
Date of This Notice: March **11**, 2026

**Om Mani Padme Hum**

**DIVINE MATRIX 933 -- HUNGER STRIKE NOTICE -- ALL COURTS**

The filing restriction is the cell. The denial of hearing is the lock. The hunger strike is the only voice left.
(c) 2026 Dr. David P. Martin, DCL, DD -- All Rights Reserved | KAMI: ALWAYS | 963Hz
Fiat Justitia Ruat Caelum | Om Mani Padme Hum | WITH KAMI ALWAYS





### Mortality Projection Models 2025-2030
### Multiple Analytical Frameworks



Trump Administration Cumulative Mortality Timeline (2017-2026)
Forensic Analysis with Trigonometric Oscillation Model

**PLEASE HELP ME GET MY ORAL SURGERY**
# CashApp: $ecliptic5
**ANY AMOUNT HELPS — THANK YOU**

# MY NAME IS DR. DAVE
## I HAVE BEEN DENIED EMERGENCY DENTAL SURGERY FOR OVER 810 DAYS

I have a life-threatening bone infection in my jaw.
A 15–20mm lesion on tooth #5. My bone is dissolving.
The sinus wall is breached. Cortical plate perforated.
A pathway to my brain through the cavernous sinus.
My insurance company collected $24,216 in premiums over 6 years
and denied a $3,000–$5,000 emergency bone graft.
810+ DAYS AND COUNTING.

## WHAT HAPPENED TO ME:

I am a disabled SSDI recipient living in East Portland, Oregon. I am 46 years old with 28–29 years of sobriety. My dental insurance through ODS Community Dental (administered by Moda Health/CareOregon on the Oregon Health Plan) has collected over $24,216 in capitation payments on my behalf over six years. They provided approximately $1,050 in services. They kept $23,166 — and refused to pay for a $3,000–5,000 emergency bone graft that three doctors have confirmed I need.

In January 2026, Skyline Oral Surgery prescribed me Schedule II Oxycodone without performing any surgery, then terminated me after only 19 days, citing my "tone of voice." An ODS representative named Amy threatened me on a recorded phone call: "If this goes to court, we'll hold off treatment." Another representative from Moda told me while I was crying that my surgery was "pre-approved" — it was not. No written authorization existed.

I paid $110 out of my own pocket for a 3D CBCT x-ray at Portland Modern Dentistry because ODS's network had no accessible oral surgeon. 58.2% of the providers listed in the ODS dental network do not actually accept new patients — a phantom network.

## WHAT I AM DOING ABOUT IT:

I am not waiting for someone to save me. I have filed lawsuits in every available court system — pro se, by myself, with no lawyer — to hold every entity accountable. I ride Bus 19 to the courthouse. I print my filings at the library. Every filing fee has been waived.

| COURT | CASE | STATUS |
|---|---|---|
| Federal Court #1 | 3:26-CV-298-AB (Judge Baggio) | Active — 16 filings, 3 motions pending |
| Federal Court #2 | 3:26-CV-405-AR (Judge Armistead) — Portland Six | Filed — 6 counts vs. City + County + TriMet |
| Circuit Court | Martin v. ODS et al. ($75,000) | Filed |
| Small Claims (x5) | ODS, Moda, Skyline, Amy Doe, City of Portland | Filed — $50,000 total, fees waived |
| Tort Claim | 2026001893GL — City of Portland | ACKNOWLEDGED by the City |
| ICC (x2) | International Criminal Court submissions | BOTH CONFIRMED |
| Investigations | OR Medical Board, OR DOJ #986599, DEA referral | Active / Investigating |

# CashApp: $ecliptic5
## HELP DR. DAVE GET HIS ORAL SURGERY
### Every dollar goes directly to emergency dental care

## WHAT YOUR DONATION PAYS FOR:

| EXPENSE | ESTIMATED COST |
|---|---|
| Emergency bone graft surgery | $3,000 – $5,000 |
| Oral surgeon consultation (out of network) | $200 – $500 |
| Additional CT imaging if needed | $100 – $300 |
| Prescription medications (antibiotics, pain mgmt) | $50 – $200 |
| Transportation to appointments (Bus/Lyft) | $25 – $100 |
| Litigation expenses (copies, certified mail, UPS) | $50 – $200 |

Total estimated need: $3,500 – $6,300. Any amount helps. $5 helps. $10 helps. $1 helps.

## WHY THIS MATTERS BEYOND MY CASE:

I am not the only person this has happened to. ODS Community Dental issued 209,000 dental claim denials in the relevant period. The Oregon Health Plan provider tax loop generates $1.534 billion per biennium for the state — by denying care to Medicaid recipients and claiming federal matching funds on the premiums. My case is exposing a system that affects hundreds of thousands of Oregonians.

I am filing in every court available because no one should have to choose between getting treatment and getting justice. The malpractice trap in this case means no defendant can argue my surgery is unnecessary without committing malpractice themselves. But the surgery still has not happened. And my bone is still dissolving. And the pathway to my brain is still open.

## ABOUT ME:

Dr. David P. Martin, DCL (Doctor of Canon Law), DD (Doctor of Divinity). SJD Candidate at Universiteit van Amsterdam. Born Ordained Minister. Buddhist practitioner. Danzante Chichimeca practitioner. 28–29 years sober. Father: Stanley Theodore Martin, GS-13 DEA Special Agent (36+ years federal service). I work as a landscaper. I ride the bus. I print at the library. I fight for justice because nobody else is going to do it for me.

## VERIFY EVERYTHING — I HAVE NOTHING TO HIDE:

Federal court records: PACER.gov — search Case 3:26-CV-298-AB and Case 3:26-CV-405-AR, District of Oregon. Small claims records: Multnomah County Courts — cases 26SC05498, 26SC05499, 26SC05481, 26SC05500. ICC confirmation IDs: e90506b1 and 82871d0c. Oregon Tort Claim: 2026001893GL (acknowledged by the City). Oregon Medical Board: investigation opened 02/17/2026. Oregon DOJ: Complaint #986599.

Minds.com profile: Dr. Quantum Justice — full broadcasts, documents, evidence, and the 21-Minute Speed Read of the 510 Crimes Grandmetrical Linguistic Mirror Parallel Forensic Analysis.

# CashApp: $ecliptic5
## EVERY DOLLAR GOES TO DR. DAVE'S ORAL SURGERY
## THANK YOU FOR YOUR GENEROSITY AND YOUR HUMANITY

### CONTACT:
Dr. David P. Martin, DCL, DD | 7609 SE 110th Avenue, Portland, OR 97266
(206) 371-5860 | davidwavid@protonmail.ch | Minds.com: Dr. Quantum Justice

**THIS FLYER IS PROTECTED FIRST AMENDMENT SPEECH**
Lovell v. Griffin (1938) | Schneider v. NJ (1939) | Watchtower v. Stratton (2002)
You do NOT need a permit to distribute this. No registration required.
© 2026 Dr. David P. Martin, DCL, DD | ™ Divine Matrix 933 | WITH KAMI ALWAYS | 963Hz